IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

APR 2 6 2005

Robert R. Di Trolio, Clerk
U.S. DIST COURT
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  No. 05-20070-B

SANDRA BOYLAND and
VERONDA JACKSON,

    Defendants.

## ORDER OF TRANSFER

On April 22, 2005, Judge Samuel H. Mays, Jr. entered an order transferring United States of America v. Rafat Jamal Mawlawi and Kimberly Shanekya Netters, No. 05-20112, to the undersigned in exchange for an equivalent case. The court is hereby transferring the above-styled case to Judge Mays pursuant to the order of transfer. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from 05-20070-B/P to 05-20070-Ma/P**.

IT IS SO ORDERED this 26th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20070 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT